**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Martha CABALLERO, Defendant–**
**Appellant.**

**No. 13–10846**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 19, 2014.

Kathleen Mary Salyer, Vanessa S. Johannes, Wifredo A. Ferrer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Martha Caballero, FCI Tallahassee, Tallahassee, FL, for Defendant–Appellant.

Before WILSON, MARTIN, and ANDERSON, Circuit Judges.

PER CURIAM:

Arnaldo J. Suri, appointed counsel for Martha Caballero in this direct criminal appeal, has moved to withdraw from further representation of Caballero, arguing that there are no non-frivolous grounds on which Caballero could appeal either her conviction or her sentence. Suri filed a brief identifying several arguable issues for appeal pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Caballero did not respond to Suri's motion to withdraw or the *Anders* brief.

After a careful, independent review of the record, we conclude that there are no

arguable issues of merit that are cognizable at this time. For this reason, counsel's motion to withdraw is **GRANTED,** and Caballero's conviction and sentence are **AFFIRMED.**